# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: FLETCHER, CHARLES D, JR.<br>FLETCHER, MARY BETH<br><br>Debtor(s) | § Case No. 19-43572-KHS<br>§<br>§<br>§ |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Julia A. Christians, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $383,349.00<br>*(without deducting any secured claims)* | Assets Exempt: $111,448.00 |
| Total Distribution to Claimants: $2,714.26 | Claims Discharged<br>Without Payment: $92,170.83 |
| Total Expenses of Administration: $1,244.02 | |

3) Total gross receipts of $ 4,415.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 456.72 (see **Exhibit 2**), yielded net receipts of $3,958.28 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $220,901.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,244.02 | 1,244.02 | 1,244.02 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 94,575.43 | 48,918.65 | 46,032.34 | 2,714.26 |
| **TOTAL DISBURSEMENTS** | $315,476.43 | $50,162.67 | $47,276.36 | $3,958.28 |

4) This case was originally filed under Chapter 7 on November 22, 2019. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/05/2021            By: /s/Julia A. Christians
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| MISC COSTUME JEWELRY AND 3 WATCHES | 1129-000 | 50.00 |
| DEPOSITS OF MONEY: USAA CHECKING | 1129-000 | 200.00 |
| DEPOSITS OF MONEY: TOP LINE FEDERAL CU | 1129-000 | 13.00 |
| 2019 TAX RETURNS 89% | 1124-000 | 4,152.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,415.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Charles D Fletcher, Jr. and Mary Beth Fletcher | Debtors' share of 2019 tax refunds (F 2046 + S 160 + P 1946=4152 x .11 = 456.72) | 8500-002 | 456.72 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$456.72** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Freedom Mortgage | 4110-000 | 214,588.00 | N/A | N/A | 0.00 |
| NOTFILED | BMO HARRIS | 4210-000 | 6,313.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$220,901.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Julia A. Christians, TRUSTEE | 2100-000 | N/A | 989.57 | 989.57 | 989.57 |
| Trustee Expenses - Julia A. Christians, TRUSTEE | 2200-000 | N/A | 218.69 | 218.69 | 218.69 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 0.76 | 0.76 | 0.76 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,244.02 | $1,244.02 | $1,244.02 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 700.00 | 830.73 | 830.73 | 48.99 |
| 2 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 580.00 | 626.90 | 626.90 | 36.97 |
| 3 | FAIRVIEW HEALTH SERVICES | 7100-000 | 2,885.00 | 2,886.31 | 0.00 | 0.00 |
| 4 | DENTISTRY BY DESIGN | 7100-000 | 673.00 | 673.30 | 673.30 | 39.70 |
| 5 | COUNTRY DOOR | 7100-000 | 0.00 | 1,685.18 | 1,685.18 | 99.37 |
| 6 | LVNV FUNDING, LLC | 7100-000 | N/A | 695.29 | 695.29 | 41.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 2,192.00 | 2,284.00 | 2,284.00 | 134.67 |
| 8 | CITIBANK, N.A. | 7100-000 | 2,655.00 | 2,655.78 | 2,655.78 | 156.60 |
| 9 | CITIBANK, N.A. | 7100-000 | 1,627.00 | 1,764.88 | 1,764.88 | 104.06 |
| 10 | DEPARTMENT STORES NATIONAL BANK | 7100-000 | 1,368.00 | 1,437.66 | 1,437.66 | 84.77 |
| 11 | PYOD LLC | 7100-000 | 5,196.00 | 5,196.87 | 5,196.87 | 306.43 |
| 12 | SYNCHRONY BANK | 7100-000 | 3,821.00 | 3,821.79 | 3,821.79 | 225.35 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 981.00 | 1,109.68 | 1,109.68 | 65.43 |
| 14 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 1,369.00 | 1,516.53 | 1,516.53 | 89.42 |
| 15 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 12,394.68 | 12,394.68 | 12,394.68 | 730.84 |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 20.00 | 77.03 | 77.03 | 4.54 |
| 17 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A. | 7100-000 | 4,045.00 | 4,045.41 | 4,045.41 | 238.53 |
| 18 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A. | 7100-000 | 5,216.00 | 5,216.63 | 5,216.63 | 307.59 |
| NOTFILED | Discover Financial Services | 7100-000 | 14,029.00 | N/A | N/A | 0.00 |
| NOTFILED | Emergency Physicians Prof Assn | 7100-000 | 983.00 | N/A | N/A | 0.00 |
| NOTFILED | Anxiety and Depression Clinic | 7100-000 | 1,945.00 | N/A | N/A | 0.00 |
| NOTFILED | 1C Systems/Richfield Plumbing | 7100-000 | 429.00 | N/A | N/A | 0.00 |
| NOTFILED | GS Bank USA | 7100-000 | 18,716.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap1/Mnrds | 7100-000 | 1,478.00 | N/A | N/A | 0.00 |
| NOTFILED | Hopkins Foot and Ankle | 7100-000 | 86.00 | N/A | N/A | 0.00 |
| NOTFILED | Public Storage | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Suntrust/Home Depot | 7100-000 | 2,070.00 | N/A | N/A | 0.00 |
| NOTFILED | Park Nicollet Clinic | 7100-000 | 443.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Credit Management | 7100-000 | 3,707.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Funding LLC | 7100-000 | 670.75 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | KJR Group LLC | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohl's/Capital One | 7100-000 | 596.00 | N/A | N/A | 0.00 |
| NOTFILED | High Profile Ground Maintenanc | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$94,575.43** | **$48,918.65** | **$46,032.34** | **$2,714.26** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-43572-KHS  
**Case Name:** FLETCHER, CHARLES D, JR.  
FLETCHER, MARY BETH  
**Period Ending:** 02/05/21

**Trustee:** (430040) Julia A. Christians  
**Filed (f) or Converted (c):** 11/22/19 (f)  
**§341(a) Meeting Date:** 12/19/19  
**Claims Bar Date:** 06/29/20

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 17001 EXCELSIOR BLVD, MINNETONKA, MN 55345-0000,<br>  Orig. Description: 17001 Excelsior Blvd, Minnetonka, MN 55345-0000, Hennepin County<br>Single-family home, iber: 32-117-22-21-0075. Hennepin County Minnesota.<br>Entire property value: $314,563.00; Imported from original petition Doc# 1 | 314,563.00 | 0.00 | | 0.00 | FA |
| 2 | 2014 FIAT 500L, 62XXX MILES. ENTIRE PROPERTY VAL<br>  Orig. Description: 2014 Fiat 500L, 62xxx miles. Entire property value: $6,396.00; Imported from original petition Doc# 1 | 6,396.00 | 0.00 | | 0.00 | FA |
| 3 | 3 BEDROOM HOME: BEDROOM #1: BED, OTTOMAN, 2 NIGH<br>  Orig. Description: 3 bedroom home: Bedroom #1: bed, ottoman, 2 night stands, dresser, chest of drawers, small chest, vanity and bench, arm chair, upholstered chair, 2 table lamps, 2 accent lamps, electric fireplace, book shelf, cedar chest, door mirror, curio shelf, vacumme Bedroom #2: cabinets, glass door cabinet, 2 small chests, 1 chest of drawers, 2 lamps, table linens and dish towels, 2 chairs, grandmother clock, small bookcase, holiday decor; Bedroom #3: 2 bookcases, 2 cabinets, light table, end table, sofa, ottoman, 3 chairs, metal shelf, sewing machine, books and records; Living Room: sofa, upholstered chairs, 3 end tables, 2 lamps, secretary desk and chair, upright piano, piano lamp, small chest, 2 wooden cube tables, carpet tiles, books and knickknacks and family photos, cuckoo clock. Dining Room: table and 6 chairs, buffet, rug, decorative vases Kitchen: round table and 4 chairs, small appliances, dishes, pot pans, flatwere, glasses, rugs, appliances, desk chair and small table. Porch: 2end tables, bench, coffee table, small chest, dining table, bench, 2 upholstered chairs, chest of drawers, painted cabinet, 3 lamps, reclining chair, swivel chair, sofa sectional, | 9,700.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-43572-KHS  
**Case Name:** FLETCHER, CHARLES D, JR.  
FLETCHER, MARY BETH  
**Period Ending:** 02/05/21

**Trustee:** (430040) Julia A. Christians  
**Filed (f) or Converted (c):** 11/22/19 (f)  
**§341(a) Meeting Date:** 12/19/19  
**Claims Bar Date:** 06/29/20

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | rug, pictures and knickknacks. Basement: storage; Garage: snowblower, ladders, table saw, 2 bicycles; Shed: mower, chain saw, weed eater, blower; Imported from original petition Doc# 1 |  |  |  |  |  |
| 4 | 4 TVS (ALL OVER 3 YEARS OLD), DESKTOP COMPUTER (<br>Orig. Description: 4 tvs (all over 3 years old), desktop computer (8 years old), laptop computer (5 years old), dvd players (over 5 years old) stereo (over 25 years old); Imported from original petition Doc# 1 | 200.00 | 0.00 |  | 0.00 | FA |
| 5 | 2 ACOUSTIC GUITARS (30 YEARS OLD AND 10 YEARS OL<br>Orig. Description: 2 acoustic guitars (30 years old and 10 years old); Imported from original petition Doc# 1 | 150.00 | 0.00 |  | 0.00 | FA |
| 6 | FISHING POLES AND TACKLE | 20.00 | 0.00 |  | 0.00 | FA |
| 7 | 2 OLD TENTS AND SLEEPING BAGS AND LANTERN AND ST<br>Orig. Description: 2 old tents and sleeping bags and lantern and stove - over 30 years old.; Imported from original petition Doc# 1 | 10.00 | 0.00 |  | 0.00 | FA |
| 8 | ART SUPPLIES - PAINTS BRUSHES GLUE RIBBON PAPER<br>Orig. Description: Art supplies - paints brushes glue ribbon paper; Imported from original petition Doc# 1 | 10.00 | 0.00 |  | 0.00 | FA |
| 9 | PERSONAL CLOTHES | 300.00 | 0.00 |  | 0.00 | FA |
| 10 | WEDDING BANDS | 1,000.00 | 0.00 |  | 0.00 | FA |
| 11 | MISC COSTUME JEWELRY AND 3 WATCHES<br>Orig. Description: Misc costume jewelry and 3 watches; Imported from original petition Doc# 1 | 50.00 | 50.00 |  | 50.00 | FA |
| 12 | 2 DOGS AND 2 CATS | 0.00 | 0.00 |  | 0.00 | FA |
| 13 | DEPOSITS OF MONEY: USAA CHECKING | 200.00 | 200.00 |  | 200.00 | FA |
| 14 | DEPOSITS OF MONEY: TOP LINE FEDERAL CU<br>Orig. Description: Deposits of money: Top Line | 13.00 | 13.00 |  | 13.00 | FA |

Exhibit 8

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-43572-KHS  
**Case Name:** FLETCHER, CHARLES D, JR.  
FLETCHER, MARY BETH  
**Period Ending:** 02/05/21

**Trustee:** (430040)   Julia A. Christians  
**Filed (f) or Converted (c):** 11/22/19 (f)  
**§341(a) Meeting Date:** 12/19/19  
**Claims Bar Date:** 06/29/20

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Federal CU; Imported from original petition Doc# 1 |  |  |  |  |  |
| 15 | 401 (K): 401K THORUGH FORMER EMPLOYER **********<br>Orig. Description: 401 (k): 401k thorugh former employer *********** bankruptcy estate; Imported from original petition Doc# 1 | 51,000.00 | 51,000.00 |  | 0.00 | FA |
| 16 | 2019 TAX RETURNS 89%<br>DescrAmt     T89%      D 11%<br>2019 F 2046   1820.94    225.06<br>2019 S  160    142.40     17.60<br>2019 P 1946   1731.94    214.06<br>Tot    4152   3695.28    456.72<br><br>2019 Tax returns - Debtors expect to owe state tax and possibly get back some from IRS | 0.00 | 0.00 |  | 4,152.00 | FA |
| 16 | **Assets   Totals** (Excluding unknown values) | **$383,612.00** | **$51,263.00** |  | **$4,415.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   March 30, 2022      **Current Projected Date Of Final Report (TFR):**   October 2, 2020  (Actual)

Printed: 02/05/2021 11:03 AM     V.20.29

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 19-43572-KHS  
**Case Name:** FLETCHER, CHARLES D, JR.  
FLETCHER, MARY BETH  
**Taxpayer ID #:** **-***9735  
**Period Ending:** 02/05/21

**Trustee:** Julia A. Christians (430040)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******3003 - Checking Account  
**Blanket Bond:** $53,200,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/26/20 | {16} | STATE OF MN | 2019 STATE TAX REFUND | 1124-000 | 160.00 | | 160.00 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 155.00 |
| 04/02/20 | | DEBTOR | PURCHASE OF NON EXEMPT ASSETS | | 263.00 | | 418.00 |
| | {11} | | JEWELRY                50.00 | 1129-000 | | | 418.00 |
| | {13} | | DEPOSITS              200.00 | 1129-000 | | | 418.00 |
| | {14} | | DEPOSITS               13.00 | 1129-000 | | | 418.00 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 413.00 |
| 05/19/20 | {16} | US TREASURY | 2019 FEDERAL TAX REFUND | 1124-000 | 2,046.00 | | 2,459.00 |
| 05/26/20 | 101 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS ST NEW ORLEANS, LA 70139 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/22/2020 FOR CASE #19-43572, BOND #016018054 (TERM 6/1/20 TO 6/1/21) | 2300-000 | | 0.76 | 2,458.24 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,453.24 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,448.24 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,443.24 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,438.24 |
| 09/24/20 | {16} | STATE OF MN | 2019 PROPERTY TAX REFUND | 1124-000 | 1,946.00 | | 4,384.24 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 4,379.24 |
| 10/02/20 | 102 | Charles D Fletcher, Jr. and Mary Beth Fletcher 17001 Excelsior Blvd Minnetonka, MN 55345, | Debtors' share of 2019 tax refunds (F 2046 + S 160 + P 1946=4152 x .11 = 456.72) | 8500-002 | | 456.72 | 3,922.52 |
| 12/02/20 | 103 | Julia A. Christians, TRUSTEE 120 SOUTH 6TH ST, SUITE 2500 MINNEAPOLIS, MN 55402 | Dividend paid 100.00% on $989.57, Trustee Compensation;  Reference: | 2100-000 | | 989.57 | 2,932.95 |
| 12/02/20 | 104 | Julia A. Christians, TRUSTEE 120 SOUTH 6TH ST, SUITE 2500 MINNEAPOLIS, MN 55402 | Dividend paid 100.00% on $218.69, Trustee Expenses;  Reference: | 2200-000 | | 218.69 | 2,714.26 |
| 12/02/20 | 105 | CAPITAL ONE BANK (USA), N.A. BY AMERICAN INFOSOURCE AS AGENT PO BOX 71083 CHARLOTTE, NC 28272-1083 | Dividend paid   5.54% on $830.73; Claim# 1; Filed: $830.73; Reference: 0700 | 7100-000 | | 46.10 | 2,668.16 |
| 12/02/20 | 106 | CAPITAL ONE BANK (USA), N.A. BY AMERICAN INFOSOURCE AS AGENT PO BOX 71083 CHARLOTTE, NC 28272-1083 | Dividend paid   5.54% on $626.90; Claim# 2; Filed: $626.90; Reference: 7534 | 7100-000 | | 34.78 | 2,633.38 |

Subtotals :        $4,415.00        $1,781.62

{} Asset reference(s)                                                                                          Printed: 02/05/2021 11:03 AM    V.20.29

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 19-43572-KHS  
**Case Name:** FLETCHER, CHARLES D, JR.  
FLETCHER, MARY BETH  
**Taxpayer ID #:** **-***9735  
**Period Ending:** 02/05/21

**Trustee:** Julia A. Christians (430040)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******3003 - Checking Account  
**Blanket Bond:** $53,200,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/02/20 | 107 | FAIRVIEW HEALTH SERVICES<br>PO BOX 147<br>MINNEAPOLIS, MN 55440-0147 | Dividend paid   5.54% on $2,886.31; Claim# 3; Filed: $2,886.31; Reference: | 7100-000 | | 160.15 | 2,473.23 |
| 12/02/20 | 108 | DENTISTRY BY DESIGN<br>17809 HUTCHINS DRIVE #108<br>MINNETONKA, MN 55345-4101 | Dividend paid   5.54% on $673.30; Claim# 4; Filed: $673.30; Reference: | 7100-000 | | 37.36 | 2,435.87 |
| 12/02/20 | 109 | COUNTRY DOOR<br>C/O CREDITORS BANKRUPTCY SERVICE<br>P.O. BOX 800849<br>DALLAS, TX 75380 | Dividend paid   5.54% on $1,685.18; Claim# 5; Filed: $1,685.18; Reference: | 7100-000 | | 93.50 | 2,342.37 |
| 12/02/20 | 110 | LVNV FUNDING, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Dividend paid   5.54% on $695.29; Claim# 6; Filed: $695.29; Reference: | 7100-000 | | 38.58 | 2,303.79 |
| 12/02/20 | 111 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>C/O DELL FINANCIAL SERVICES, LLC<br>POB 12914<br>NORFOLK, VA 23541 | Dividend paid   5.54% on $2,284.00; Claim# 7; Filed: $2,284.00; Reference: | 7100-000 | | 126.73 | 2,177.06 |
| 12/02/20 | 112 | CITIBANK, N.A.<br>5800 S CORPORATE PL<br>SIOUX FALLS, SD 57108-5027 | Dividend paid   5.54% on $2,655.78; Claim# 8; Filed: $2,655.78; Reference: 4103 | 7100-000 | | 147.36 | 2,029.70 |
| 12/02/20 | 113 | CITIBANK, N.A.<br>5800 S CORPORATE PL<br>SIOUX FALLS, SD 57108-5027 | Dividend paid   5.54% on $1,764.88; Claim# 9; Filed: $1,764.88; Reference: 3227 | 7100-000 | | 97.92 | 1,931.78 |
| 12/02/20 | 114 | DEPARTMENT STORES NATIONAL BANK<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Dividend paid   5.54% on $1,437.66; Claim# 10; Filed: $1,437.66; Reference: 6080 | 7100-000 | | 79.77 | 1,852.01 |
| 12/02/20 | 115 | PYOD LLC<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Dividend paid   5.54% on $5,196.87; Claim# 11; Filed: $5,196.87; Reference: 0466 | 7100-000 | | 288.35 | 1,563.66 |
| 12/02/20 | 116 | SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMENT, LLC<br>PO BOX 41021 | Dividend paid   5.54% on $3,821.79; Claim# 12; Filed: $3,821.79; Reference: 6990 | 7100-000 | | 212.05 | 1,351.61 |

Subtotals :        $0.00        $1,281.77

{} Asset reference(s)

Printed: 02/05/2021 11:03 AM     V.20.29

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 19-43572-KHS | | Trustee: | Julia A. Christians (430040) |
|---|---|---|---|---|
| Case Name: | FLETCHER, CHARLES D, JR. | | Bank Name: | Metropolitan Commercial Bank |
| | FLETCHER, MARY BETH | | Account: | ******3003 - Checking Account |
| Taxpayer ID #: | **-***9735 | | Blanket Bond: | $53,200,000.00  (per case limit) |
| Period Ending: | 02/05/21 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | NORFOLK, VA 23541-0000 | | | | | |
| 12/02/20 | 117 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Dividend paid  5.54% on $1,109.68; Claim# 13; Filed: $1,109.68; Reference: 4871 | 7100-000 | | 61.57 | 1,290.04 |
| 12/02/20 | 118 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Dividend paid  5.54% on $1,516.53; Claim# 14; Filed: $1,516.53; Reference: 6639 | 7100-000 | | 84.14 | 1,205.90 |
| 12/02/20 | 119 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Dividend paid  5.54% on $12,394.68; Claim# 15; Filed: $12,394.68; Reference: 3817 | 7100-000 | | 687.72 | 518.18 |
| 12/02/20 | 120 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Dividend paid  5.54% on $77.03; Claim# 16; Filed: $77.03; Reference: 7671 | 7100-000 | | 4.27 | 513.91 |
| 12/02/20 | 121 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A.<br>JPMorgan Chase Bank, N.A.<br>PO BOX 15368<br>Wilmington, DE 19850 | Dividend paid  5.54% on $4,045.41; Claim# 17; Filed: $4,045.41; Reference: 0578 | 7100-000 | | 224.46 | 289.45 |
| 12/02/20 | 122 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A.<br>JPMorgan Chase Bank, N.A.<br>PO BOX 15368<br>Wilmington, DE 19850 | Dividend paid  5.54% on $5,216.63; Claim# 18; Filed: $5,216.63; Reference: 2852 | 7100-000 | | 289.45 | 0.00 |
| 12/17/20 | | FAIRVIEW HEALTH SERVICES<br>PO BOX 147<br>MINNEAPOLIS, MN 55440-0147 | RETURN OF DISTRIBUTION - CLAIM ALREADY PAID IN FULL | 7100-000 | | -160.15 | 160.15 |
| 01/14/21 | 123 | CAPITAL ONE BANK (USA), N.A. BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Dividend paid  5.89% on $830.73; Claim# 1; Filed: $830.73; Reference: 0700 | 7100-000 | | 2.89 | 157.26 |
| 01/14/21 | 124 | CAPITAL ONE BANK (USA), N.A. | Dividend paid  5.89% on $626.90; Claim# 2; | 7100-000 | | 2.19 | 155.07 |

Subtotals :   $0.00   $1,196.54

{} Asset reference(s)

Exhibit 9

Page: 4

## Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 19-43572-KHS  
**Case Name:** FLETCHER, CHARLES D, JR.  
FLETCHER, MARY BETH  
**Taxpayer ID #:** **-***9735  
**Period Ending:** 02/05/21  

**Trustee:** Julia A. Christians (430040)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******3003 - Checking Account  
**Blanket Bond:** $53,200,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
|  |  | BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Filed: $626.90; Reference: 7534 |  |  |  |  |
| 01/14/21 | 125 | DENTISTRY BY DESIGN<br>17809 HUTCHINS DRIVE #108<br>MINNETONKA, MN 55345-4101 | Dividend paid   5.89% on $673.30; Claim# 4; Filed: $673.30; Reference: | 7100-000 |  | 2.34 | 152.73 |
| 01/14/21 | 126 | COUNTRY DOOR<br>C/O CREDITORS BANKRUPTCY SERVICE<br>P.O. BOX 800849<br>DALLAS, TX 75380 | Dividend paid   5.89% on $1,685.18; Claim# 5; Filed: $1,685.18; Reference: | 7100-000 |  | 5.87 | 146.86 |
| 01/14/21 | 127 | LVNV FUNDING, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Dividend paid   5.89% on $695.29; Claim# 6; Filed: $695.29; Reference: | 7100-000 |  | 2.42 | 144.44 |
| 01/14/21 | 128 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>C/O DELL FINANCIAL SERVICES, LLC<br>POB 12914<br>NORFOLK, VA 23541 | Dividend paid   5.89% on $2,284.00; Claim# 7; Filed: $2,284.00; Reference: | 7100-000 |  | 7.94 | 136.50 |
| 01/14/21 | 129 | CITIBANK, N.A.<br>5800 S CORPORATE PL<br>SIOUX FALLS, SD 57108-5027 | Dividend paid   5.89% on $2,655.78; Claim# 8; Filed: $2,655.78; Reference: 4103 | 7100-000 |  | 9.24 | 127.26 |
| 01/14/21 | 130 | CITIBANK, N.A.<br>5800 S CORPORATE PL<br>SIOUX FALLS, SD 57108-5027 | Dividend paid   5.89% on $1,764.88; Claim# 9; Filed: $1,764.88; Reference: 3227 | 7100-000 |  | 6.14 | 121.12 |
| 01/14/21 | 131 | DEPARTMENT STORES NATIONAL BANK<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Dividend paid   5.89% on $1,437.66; Claim# 10; Filed: $1,437.66; Reference: 6080 | 7100-000 |  | 5.00 | 116.12 |
| 01/14/21 | 132 | PYOD LLC<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Dividend paid   5.89% on $5,196.87; Claim# 11; Filed: $5,196.87; Reference: 0466 | 7100-000 |  | 18.08 | 98.04 |
| 01/14/21 | 133 | SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMENT, LLC | Dividend paid   5.89% on $3,821.79; Claim# 12; Filed: $3,821.79; Reference: 6990 | 7100-000 |  | 13.30 | 84.74 |

Subtotals :              $0.00          $70.33

{} Asset reference(s)

Printed: 02/05/2021 11:03 AM     V.20.29

Exhibit 9

## Form 2

Page: 5

### Cash Receipts And Disbursements Record

**Case Number:** 19-43572-KHS  
**Case Name:** FLETCHER, CHARLES D, JR.  
FLETCHER, MARY BETH  
**Taxpayer ID #:** **-***9735  
**Period Ending:** 02/05/21

**Trustee:** Julia A. Christians (430040)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******3003 - Checking Account  
**Blanket Bond:** $53,200,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | PO BOX 41021<br>NORFOLK, VA 23541-0000 | | | | | |
| 01/14/21 | 134 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Dividend paid  5.89% on $1,109.68; Claim# 13; Filed: $1,109.68; Reference: 4871 | 7100-000 | | 3.86 | 80.88 |
| 01/14/21 | 135 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Dividend paid  5.89% on $1,516.53; Claim# 14; Filed: $1,516.53; Reference: 6639 | 7100-000 | | 5.28 | 75.60 |
| 01/14/21 | 136 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Dividend paid  5.89% on $12,394.68; Claim# 15; Filed: $12,394.68; Reference: 3817 | 7100-000 | | 43.12 | 32.48 |
| 01/14/21 | 137 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Dividend paid  5.89% on $77.03; Claim# 16; Filed: $77.03; Reference: 7671 | 7100-000 | | 0.27 | 32.21 |
| 01/14/21 | 138 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A.<br>JPMorgan Chase Bank, N.A.<br>PO BOX 15368<br>Wilmington, DE 19850 | Dividend paid  5.89% on $4,045.41; Claim# 17; Filed: $4,045.41; Reference: 0578 | 7100-000 | | 14.07 | 18.14 |
| 01/14/21 | 139 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A.<br>JPMorgan Chase Bank, N.A.<br>PO BOX 15368<br>Wilmington, DE 19850 | Dividend paid  5.89% on $5,216.63; Claim# 18; Filed: $5,216.63; Reference: 2852 | 7100-000 | | 18.14 | 0.00 |
| | | | ACCOUNT TOTALS | | 4,415.00 | 4,415.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 4,415.00 | 4,415.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $4,415.00 | $4,415.00 | |

{} Asset reference(s)

Printed: 02/05/2021 11:03 AM   V.20.29

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| | |
|---|---|
| **Case Number:** 19-43572-KHS | **Trustee:** Julia A. Christians (430040) |
| **Case Name:** FLETCHER, CHARLES D, JR. | **Bank Name:** Metropolitan Commercial Bank |
| FLETCHER, MARY BETH | **Account:** ******3003 - Checking Account |
| **Taxpayer ID #:** **-***9735 | **Blanket Bond:** $53,200,000.00   (per case limit) |
| **Period Ending:** 02/05/21 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******3003** | 4,415.00 | 4,415.00 | 0.00 |
| | $4,415.00 | $4,415.00 | $0.00 |

{} Asset reference(s)

Printed: 02/05/2021 11:03 AM       V.20.29